## UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

FREDERIC N. SMALKIN
CHIEF JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3840

April 5, 2002

BY FACSIMILE AND MAIL

TO COUNSEL OF RECORD

Re: Edna O. Rourke, et al. v. Amchem Products, Inc, et al., Civil No. S 02-1133

Dear Counsel:

Upon its removal from the Circuit Court of Maryland for Baltimore City, this case was assigned to me. I have reviewed the file, including the Notice of Removal filed by Mr. Loker.

It would appear that this Court does have original and removal jurisdiction over this case, even though plaintiffs do not rely on any provision of the Bankruptcy Code or other federal question, because the possibility of contractual indemnity from the estates of two bankrupt CCR participants makes the present cause of action sufficiently "related to" their Chapter 11 cases, now pending in the District of Delaware, to confer original and removal jurisdiction on this Court pursuant to 28 U.S.C. sections 1334(b) and 1452(a), as recently interpreted by the Fourth Circuit in *In Re Celotex Corp.*, 124 F.3d 619 (4th Cir. 1997).

That having been said, however, I am of the preliminary view that venue of this matter should be transferred to the United States District Court for the District of Delaware, where the two Chapter 11 cases are pending. Therefore, unless any counsel shows good cause to the contrary within 7 calendar days of the date of this letter, I intend to enter an order transferring this case to that District pursuant to 28 U.S.C. section 1404(a).

Of course, I do not intend hereby to preclude a motion to remand on any "equitable ground" pursuant to 28 U.S.C. section 1452(b), but such motion must be made within 7 calendar days of the date of this letter. If it is made, any opposition will be due within 14 calendar days of the date of this letter. If this case is not remanded, I shall then proceed to decide whether it will be transferred to Delaware or stay here.

April 5, 2002
Civil No. S 02-1133
Page Two


    Although this letter is informal in format, it nonetheless constitutes an order of court, and the same will be docketed and filed as such in the court file.

                        Very truly yours,

                        Frederic N. Smalkin
                        Chief U.S. District Judge


FNS/ng

cc: Addressees
    Court File - Original