IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EDNA O. ROURKE, as Personal Representative *
for the ESTATE of FRANKLIN ADAMS, et al.
               *

    Plaintiffs

                 *  CIVIL ACTION NO.: S 02-1133

v.                  *

AMCHEM PRODUCTS, INC., et al.   *

    Defendants         *

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon having considered the Motion for an Extension of Time by Plaintiffs to file a Motion to Remand and Opposition to Transfer and Supporting Memoranda of Law, all participating Defendants have consented, therefor the Motion is granted, and it is this ___9th___ day of ___April___, 2002, by the United States District Court for the District of Maryland,

ORDERED that Plaintiffs may file their Motions to Remand and Opposition to Transfer and Supporting Memoranda of Law on or before ___April 19th___, 2002, *with reply memoranda due NLT 5/1/02.*

                 _____
                      Judge

P:\WPDOCS\ASBESTOS\settlement\CCR\Pleadings\Order4.8.02.wpd